T. Bryce Jones, Esq.
Jones Law Firm, P.C.
450 7th Avenue, Suite 1408
New York, NY 10123
(212) 258-0685
bryce@joneslawnyc.com

Jones
Law Firm P.C.

March 25, 2019
Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Naraine v. Automobile Workforce LLC</u>,
                1:18-cv-06696-MKB-SMG

Dear Magistrate Judge Gold:

This letter is to acknowledge that Defendant's counsel received Plaintiff's settlement offer dated March 7, 2019. On March 25, 2019, after discussing the Plaintiff's settlement offer with our client, we attempted to reach out to opposing counsel to no avail.

We believe that a week-long extension of time to negotiate a settlement prior to the Court making any determinations on mediation would be fruitful. We are still in the earliest stages of negotiations as Plaintiff's offer was substantially similar to his demands in the Complaint.

                                              Respectfully Submitted,

                                              /s/ Bryce Jones
                                              T. Bryce Jones
                                              Jones Law Firm, P.C.
                                              450 7th Avenue, Suite 1408
                                              New York, NY 10123
                                              (212) 258-0685
                                              bryce@joneslawnyc.com
                                              *Attorneys for Defendant*