T. Bryce Jones, Esq.
Jones Law Firm, P.C.
450 7th Avenue, Suite 1408
New York, NY 10123
(212) 258-0685
bryce@joneslawnyc.com

Jones
Law Firm P.C

April 2, 2019
Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Naraine v. Automobile Workforce LLC,
             1:18-cv-06696-MKB-SMG

Dear Magistrate Judge Gold:

We represent Defendant Automobile Workforce LLC in the above-referenced action. With the consent of counsel to Plaintiff Shankar Naraine, I write pursuant to your Honor's March 26, 2019 Order to provide a status update. In brief, the parties are pleased to inform the Court that a settlement has been reached in principle on April 2, 2019. The parties are still discussing the details but plan to have a stipulation and *Cheeks* motion filed with the Court in the near future.

In light of the above, the parties believe that no referral for a court-annexed mediation or case management conference is necessary at this time. The parties respectfully request that the parties be provided with a period of thirty (30) days to finalize the terms of a proposed written settlement agreement and move for approval of the same, in accordance with the Fair Labor Standards Act and this Court's precedent.

                                  Respectfully Submitted,

                                  T. Bryce Jones